** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 29, 2020 at 4:28:25 PM EDT | | 70 | 2 | Received |

Apr. 29. 2020  4:30PM                                                                 No. 2133   P. 1

# IVEY, McCLELLAN, GATTON & SIEGMUND, L.L.P.

CHARLES M. IVEY, III* **
ROBERT L. McCLELLAN***
DIRK W. SIEGMUND*
SAMANTHA K. BRUMBAUGH
DARREN A. McDONOUGH
JOHN M. BLUST
CHARLES M. IVEY, IV
AARON B. WELLMAN

*BOARD CERTIFIED SPECIALIST IN
BUSINESS & CONSUMER BANKRUPTCY LAW

**AMERICAN BOARD CERTIFIED IN
BUSINESS BANKRUPTCY

***BOARD CERTIFIED SPECIALIST IN STATE
AND FEDERAL CRIMINAL LAW

ATTORNEYS AND COUNSELLORS AT LAW
100 SOUTH ELM STREET, SUITE 500
GREENSBORO, NORTH CAROLINA 27401

CHARLES M. IVEY, JR. (1914-1993)

EDWIN R. GATTON – OF COUNSEL

P.O. BOX 3324
GREENSBORO, NC 27402
TELEPHONE: (336) 274-4658
FACSIMILE: (336) 274-4540

561 MONROE STREET
EDEN, NC 27288
TELEPHONE: (336) 623-4600

Sender's E-mail:
dws@Iveymcclellan.com

## PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:** US District Court- Greenville Division

**ATTN:** Clerk of Court

**FAX:** 864-241-2711

**FROM:** Dirk W. Siegmund

**DATE:** April 29, 2020

### TOTAL NUMBER OF PAGES (INCLUDING COVER SHEET): 2

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS WITH THE
RECEIPT OF THIS TRANSMISSION, PLEASE CALL THE FOLLOWING PERSON
AS SOON AS POSSIBLE:

IVEY, McCLELLAN, GATTON & SIEGMUND
Telephone No.: (336) 274-4658
Facsimile No.: (336) 274-4540

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE MESSAGE TO US AT THE ABOVE ADDRESS VIA UNITED STATES POSTAL SERVICE. ANY DISTRIBUTION, THE DISSEMINATION OR COPYING OF THIS COMMUNICATION BY ANY PERSON NOT THE INTENDED RECIPIENT IS PROHIBITED.

## MESSAGE:

Re: Case No.: 6:15-cv-01589

United States Bankruptcy Court
Western District of North Carolina

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 04/29/2020 at 12:05 PM and filed on 04/29/2020.

**Pain Management Associates of North Carolina, P.C.**
150 Carrington Ln.
Winston Salem, NC 27127
Tax ID / EIN: 46-4932221

The case was filed by the debtor's attorney:

**Dirk W. Siegmund**
Ivey, McClellan, Gatton & Siegmund, L.L.P
Post Office Box 3324
Greensboro, NC 27402
(336) 274-4658

The bankruptcy trustee is:

**Robert Mays**
21 Battery Park Ave.
Suite 201
Asheville, NC 28801-7376
828-435-3335

The case was assigned case number 20-10138 to Judge George R. Hodges.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ncwb.uscourts.gov or at the Clerk's Office, U. S. Courthouse, 100 Otis Street, Room 111, Asheville, NC 28801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Steven T. Salata**
**Clerk, U.S. Bankruptcy Court**